Charles A. Brown and John Fleming, Appellants, v. William L. Dyckman, as Executor and Trustee under the Last Will and Testament of Rosalie A. Bleakley, Deceased, and Others, Respondents.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph G. Cleveland, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks and Miller, JJ.

Ellen Coyle, Appellant, v. John D. H. Schulz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Charles Diehlmann, Appellant, v. Leonard Forster and Others, Respondents. — Appeal dismissed, without costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Frank Dojahn, Respondent, v. Herman Schomaker, Appellant.— Counsel for the respondent concedes in his brief that testimony which seems vital to support the judgment is not included in the minutes. Under these circumstances, and in view of the history of this case, we deem it best to reverse the judgment. Judgment of the Municipal Court reversed, without costs, and new trial ordered. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Agnes Donnelly, Respondent, v. Daniel Undermark, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Emilie Gade and Christian Gade, Her Husband, Respondents, v. Henry Segelke, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Margaret Grattan, Respondent, v. George B. Tompkins, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Michael Hanney, Respondent, v. John N. Robins Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

James M. Harkow and Others, Appellants, v. David Hauser, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

The House of the Good Shepherd, Respondent, v. Candee & Krekeler Company, Appellant.— Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of the Application of Arline A. Perry, Respondent, for the Removal of Frederick H. Johnson as an Executor, etc., of Anne Marchant Stacy, Deceased, Appellant.— Decree of the Surrogate's Court of Kings county reversed, with costs, and proceeding dismissed on the ground that no fact is found by the surrogate justifying it, nor is any fact proved justifying it. Woodward, Jenks, Gaynor and Rich, JJ., concurred.